# EXHIBIT C



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 27 03:21:02 EST 2015

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**DigitalSHIELD**

| | |
|---|---|
| **Word Mark** | DIGITAL SHIELD |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Backpack with charger function?business luggage with charger function, smart backpack with GPS or Bluetooth function?smart business luggage with GPS or Bluetooth function?Smart briefcase with charger or GPS or Bluetooth function; admission bag for electronic accessories and devices. FIRST USE: 20140519. FIRST USE IN COMMERCE: 20140519 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.06 - Circles, semi; Semi-circles |
| **Serial Number** | 86374172 |
| **Filing Date** | August 22, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Swissgear Sarl société à responsabilité limitée (sarl) SWITZERLAND Haldenstrasse 5,6340 Baar Baar SWITZERLAND |
| **Attorney of Record** | Jennifer Meredith |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of The word Digital in uppercase and lower case letters having a design of three semi-circles above the i and the word Shield in uppercase letters. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 27 03:21:02 EST 2015

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ ] [ ]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SWISSDIGITAL |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Smart phone, smart phone on the wrist, electronic health data recorder on the wrist (health bracelet), bluetooth headset, mini portable power charger/source, wireless audio speaker?MICRO USB, sim card adapters, admission bag for smart phone and smart devices, micro SD-TF Card, earphones, mini power bank, USB flash disk. FIRST USE: 20140519. FIRST USE IN COMMERCE: 20140519 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.06 - Circles, semi; Semi-circles |
| **Serial Number** | 86374175 |
| **Filing Date** | August 22, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Swissgear Sarl société à responsabilité limitée (sarl) SWITZERLAND Haldenstrasse 5,6340 Baar Baar SWITZERLAND |
| **Attorney of Record** | Jennifer Meredith |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of The word Swissdigital in lower case letters having a design of three semi-circles above the i and the word digital in bold. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| **Live/Dead Indicator** | LIVE |
|---|---|

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 27 03:21:02 EST 2015

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Smart phone, smart phone on the wrist, electronic health data recorder on the wrist (health bracelet), bluetooth headset, mini portable power charger/source, wireless audio speaker?MICRO USB, sim card adapters, admission bag for smart phone and smart devices, micro SD-TF Card, earphones, mini power bank, USB flash disk. FIRST USE: 20140519. FIRST USE IN COMMERCE: 20140519 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 15.05.04 - Computer devices; CPU (central processing unit); Mainframes (computer); PDAs (handheld computer); Printer (computer); Servers, computer; Tape drives (computer)<br>24.17.06 - Plus symbol (+)<br>26.01.13 - Circles, two (not concentric); Two circles<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |
| **Serial Number** | 86374177 |
| **Filing Date** | August 22, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Swissgear Sarl société à responsabilité limitée (sarl) SWITZERLAND Haldenstrasse 5,6340 Baar Baar SWITZERLAND |
| **Attorney of Record** | Jennifer Meredith |
| **Description** | Color is not claimed as a feature of the mark. The mark consists of Circles in white in the upper left |

| | |
|---|---|
| **of Mark** | and right sides and a plus sign in black in the middle with three lines in black under the plus sign. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 27 03:21:02 EST 2015*

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Backpack with charger function?business luggage with charger function, smart backpack with GPS or Bluetooth function?smart business luggage with GPS or Bluetooth function?Smart briefcase with charger or GPS or Bluetooth function; admission bag for electronic accessories and devices. FIRST USE: 20140519. FIRST USE IN COMMERCE: 20140519 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 15.05.04 - Computer devices; CPU (central processing unit); Mainframes (computer); PDAs (handheld computer); Printer (computer); Servers, computer; Tape drives (computer)<br>24.17.06 - Plus symbol (+)<br>26.09.09 - Squares made of geometric figures, objects, humans, plants or animals<br>26.09.20 - Squares inside one another<br>26.15.02 - Plain single or multiple line polygons; Polygons (plain, single line)<br>26.15.25 - Polygons with one or more curved sides |
| **Serial Number** | 86374174 |
| **Filing Date** | August 22, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Swissgear Sarl société à responsabilité limitée (sarl) SWITZERLAND Haldenstrasse 5,6340 Baar Baar SWITZERLAND |
| **Attorney of Record** | Jennifer Meredith |
| **Description** | Color is not claimed as a feature of the mark. The mark consists of A square with a plus sign with |

| | |
|---|---|
| **of Mark** | digital circuitry. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JANUARY 28, 2015

PTAS

JENNIFER MEREDITH
330 MADISON AVENUE
6TH FLOOR
NEW YORK, NY 10017

**900313819**

```
             UNITED STATES PATENT AND TRADEMARK OFFICE
              NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 01/27/2015          REEL/FRAME: 5447/0380
                                      NUMBER OF PAGES: 4

BRIEF: ASSIGNS THE ENTIRE INTEREST

ASSIGNOR:
   SWISSGEAR SARL                     DOC DATE: 01/23/2015
                                      CITIZENSHIP: SWITZERLAND
                                      ENTITY: SOCIETE A RESPONSABILITE
                                        LIMITEE COMPANY

ASSIGNEE:
   SWISSDIGITAL USA CO., LTD.         CITIZENSHIP: NEW YORK
                                      ENTITY: CORPORATION
   1177 6TH AVENUE OF THE AMERICAS
   FLOOR 5
   NEW YORK, NEW YORK 10036-2714

SERIAL NUMBER: 86374172               FILING DATE: 08/22/2014
REGISTRATION NUMBER:                  REGISTRATION DATE:
MARK: DIGITAL SHIELD
DRAWING TYPE: AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)
              /NUMBER(S)
```

```
SERIAL NUMBER: 86374174                  FILING DATE: 08/22/2014
REGISTRATION NUMBER:                     REGISTRATION DATE:
MARK:
DRAWING TYPE: AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)
              /NUMBER(S)

SERIAL NUMBER: 86374175                  FILING DATE: 08/22/2014
REGISTRATION NUMBER:                     REGISTRATION DATE:
MARK: SWISSDIGITAL
DRAWING TYPE: AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)
              /NUMBER(S)

SERIAL NUMBER: 86374177                  FILING DATE: 08/22/2014
REGISTRATION NUMBER:                     REGISTRATION DATE:
MARK:
DRAWING TYPE: AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)
              /NUMBER(S)


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION
```