UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
==========================================
KRUMMHOLZ INTERNATIONAL INC.
and SWISSDIGITAL USA CO., LTD.,

                       Plaintiffs,

-vs-

WENGER, S.A. and WENGER, N.A.           Docket No. 1:15-cv-86-WMS

                       Defendants.
==========================================

**NOTICE OF MOTION TO DISMISS AGAINST WENGER NA, INC. PURSUANT TO FED R. CIV. P. 12(b)**

| | |
|---|---|
| **MOTION BY:** | Defendant **WENGER NA, INC.**, (styled Wenger, N.A. by Plaintiffs) by its attorneys, Connors & Vilardo, LLP. |
| **DATE, TIME & PLACE OF HEARING:** | At a time to be scheduled by the Court, before the Hon. William M. Skretny, United States District Court, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral argument is requested. |
| **SUPPORTING PAPERS:** | Declaration of Ryan S. Osterweil, with exhibits, Declaration of Marc Gold; and Memorandum of Law. |
| **RELIEF REQUESTED & GROUNDS FOR RELIEF:** | An Order of this Court dismissing the claims in the Complaint against Wenger NA, Inc. because:<br><br>(1) Plaintiffs' claims against Wenger NA, Inc. fail to state a claim under Fed. R. Civ. P. 12(b)(6);<br><br>(2) This Court lacks subject matter jurisdiction over Wenger NA, Inc. under Fed. R. Civ. P. 12(b)(1) with regard to the claims for declaratory relief (Claims 2, 3, 4 and 5); |

91358359.1

(3) Plaintiffs' service on Wenger NA, Inc. was insufficient under Fed. R. Civ. P. 12(b)(1);

(4) for such additional relief as this Court may deem just and proper.

**NOTICE OF INTENTION
TO REPLY:**  Plaintiffs and the Court are hereby notified, pursuant to Local Rule 7(a)(1), that Defendant intends to file and serve reply papers.

DATED:   Buffalo, New York
         May 11, 2015

    s/James W. Grable Jr.
James W. Grable Jr., Esq.
**CONNORS & VILARDO, LLP**
Attorneys for Wenger NA, Inc.
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 852-5533
jwg@connors-vilardo.com

TO:   Dariush Keyhani, Esq.
      **MEREDITH & KEYHANI PLLC**
      Attorneys for Plaintiffs
      205 Main Street
      East Aurora, NY 14052
      (716) 898-8938
      dkeyhani@meredithkeyhani.com

91358359.1