IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

---

Krummholz International, Inc. and

Swissdigital USA Co., Ltd.,

    Plaintiffs,

v.                                        Docket No.: 1:15-CV-86-WMS

Wenger, S.A.,

    Defendant.

---

## STIPULATION AND ORDER GRANTING DEFENDANT EXTENSION OF TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, Krummholz International, Inc. and Swissdigital USA Co., Ltd. (collectively, "Plaintiffs"), and the Defendant Wenger S.A. ("Defendant"), by and through their respective attorneys as follows:

1.    The Court entered an Order on June 11, 2015 granting leave to Plaintiffs to file a Second Amended Complaint and requiring Defendant to move, answer or otherwise respond within 21 days of the date on which the Second Amended Complaint was filed (Dkt No. 15);

2.    Plaintiffs filed a Second Amended Complaint on June 23, 2015 (Dkt. No. 19), and Defendant's response is currently due on July 14, 2015;

3.    The Parties are also involved in litigation filed in the United States District Court for the District of Nevada on June 10, 2015 by Wenger S.A. against the two plaintiffs in this action (Krummholz International and Swissdigital USA) and three other defendants ("the Nevada Action").

4.  The Parties have agreed to an adjustment of time for Defendant Wenger S.A. to answer or otherwise respond to the Second Amended Complaint in this matter in connection with a proposal to transfer of the Nevada Action to the Western District of New York; and

5.  The Parties consent to a 30-day extension of time until August 13, 2015 for Wenger S.A. to answer, move or otherwise respond to the Second Amended Complaint filed June 23, 2015 (Dkt # 19).

**PURSUANT TO THE STIPULATION OF THE PARTIES SET FORTH ABOVE; IT IS HEREBY ORDERED THAT**:

Defendant Wenger is granted a 30-day extension of time to August 13, 2015 to answer, move or otherwise respond to the Second Amended Complaint filed June 23, 2015.

Dated: July _____, 2015               _____
Buffalo, New York                     HON. WILLIAM M. SKRETNY
                                      UNITED STATES DISTRICT JUDGE

CONSENTED TO ON JULY 10, 2015 BY:

s/ James W. Grable, Jr.               s/ Dariush Keyhani
James W. Grable, Jr.                  Dariush Keyhani (DK 9673)
Connors & Vilardo, LLP                Jennifer Meredith (JM-4816)
1000 Liberty Building                 Meredith & Keyhani, PLLC
424 Main Street                       205 Main Street
Buffalo, New York 14202               East Aurora, NY 14052
Telephone: (716) 825-5533             Telephone: (716) 898-8938
Facsimile: (716) 852-5649             Facsimile: (716) 299-2499
jwg@connors-vilardo.com               dkeyhani@meredithkeyhani.com

                                      Attorneys for Plaintiffs

Richard H. Brown
Day Pitney LLP
7 Times Square
New York NY  10036
Telephone: (212) 297-5854
Facsimile: (212) 916 2940
rbrown@daypitney.com

Attorneys for Defendants

91745592.2