UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
==========================================
KRUMMHOLZ INTERNATIONAL INC.
and SWISSDIGITAL USA CO., LTD.,

                                                      **NOTICE OF MOTION TO DISMISS AGAINST WENGER S.A. PURSUANT TO FED R. CIV. P. 12(b)(1)**

            Plaintiffs,

-vs-


WENGER S.A.,                                 Docket No. 1:15-cv-86-WMS

            Defendant.
==========================================

| | |
|---|---|
| **MOTION BY:** | Defendant **WENGER S.A.**, by its attorneys, Connors & Vilardo, LLP and Day Pitney LLP. |
| **DATE, TIME & PLACE OF HEARING:** | At a date and time to be scheduled by the Court, before the Hon. William M. Skretny, United States District Court, 2 Niagara Square, Buffalo, New York 14202.<br><br>**Oral argument is requested.** |
| **SUPPORTING PAPERS:** | Declaration of Richard H. Brown, with exhibits; and Memorandum of Law.<br><br>**Notice is hereby given pursuant to Local Rule 7(a)(1) that Defendant intends to reply.** |
| **RELIEF REQUESTED & GROUNDS FOR RELIEF:** | An Order of this Court dismissing the claims in the Complaint against Wenger S.A. because:<br><br>(1) This Court lacks subject matter jurisdiction over Wenger S.A. under Fed. R. Civ. P. 12(b)(1) with regard to the claims for declaratory relief (Claims 2, 3, 4 and 5) and the claim for cancellation under the Lanham Act (Claim 1); and |

       (2) For any additional relief this Court deems just and proper.

DATED:    Buffalo, New York
               August 13, 2015

                        s/James W. Grable, Jr.
                        James W. Grable, Jr., Esq.
                        **CONNORS & VILARDO, LLP**
                        Attorneys for Wenger S.A.
                        1000 Liberty Building
                        424 Main Street
                        Buffalo, New York 14202
                        (716) 852-5533
                        jwg@connors-vilardo.com

TO:    Darius Keyhani, Esq.
           **MEREDITH & KEYHANI PLLC**
           Attorneys for Plaintiffs
           205 Main Street
           East Aurora, NY 14052
           (716) 898-8938
           dkeyhani@meredithkeyhani.com