# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# SWISSGEAR

**Reg. No. 3,769,824**
Registered Apr. 6, 2010

**Int. Cls.: 9, 16, 18, 20 and 22**

**TRADEMARK**
**PRINCIPAL REGISTER**

*Director of the United States Patent and Trademark Office*

WENGER NA, INC. (DELAWARE CORPORATION)
15 CORPORATE DRIVE
ORANGEBURG, NY 10962

FOR: COMPUTER CARRYING CASES, CAMERA CASES, ELECTRONIC TRAVEL ACCESSORIES, NAMELY, ADAPTERS, CONVERTERS, TRANSFORMERS AND BATTERY CHARGERS FOR ELECTRONIC DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-31-2004; IN COMMERCE 7-31-2004.

FOR: LEATHER PASSPORT HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-31-2006; IN COMMERCE 10-31-2006.

FOR: ALL-PURPOSE DRY CARRYING BAGS, LUGGAGE, BACKPACKS, DAYPACKS, DUFFEL BAGS; UTILITY BAGS, NAMELY, CARRY-ALL BAGS; SHOULDER BAGS; CASUAL CARRY-ALL BAGS, AND CASUAL TOTE BAGS; BRIEFCASES; NON-MOTORIZED WHEELED PACKS, NAMELY, BACK PACKS AND SPORT PACKS; TRAVEL BAGS, SMALL PERSONAL LEATHER GOODS, NAMELY, WALLETS, AND SHAVING BAGS SOLD EMPTY, UMBRELLAS AND NAME AND CALLING CARD CASES, COSMETIC CASES SOLD EMPTY, TOILETRY CASES SOLD EMPTY, LUGGAGE TAGS, WAISTPACKS; BAGS WORN ON THE BODY, NAMELY, FANNY PACKS; BUSINESS CASES, ALL-PURPOSE PERSONAL CARE TOILETRY BAGS SOLD EMPTY, SMALL PERSONAL LEATHER GOODS, NAMELY, BILLFOLDS, CREDIT CARD CASES, NECK AND NECKLACE WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-18-2003; IN COMMERCE 10-18-2003.

FOR: SLEEPING AND NAP MATS, SLEEPING BAGS, AIR MATTRESSES FOR USE WHEN CAMPING, INFLATABLE MATTRESSES FOR USE WHEN CAMPING, FOLDING FURNITURE, COTS AND NECK PILLOWS; LEATHER AIRLINE TICKET HOLDERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

FOR: TENTS, SCREEN HOUSES IN THE NATURE OF A TENT, GAZEBO-LIKE SHELTERS IN THE NATURE OF A TENT, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

**Reg. No. 3,769,824** SEC. 2(F).

SER. NO. 77-546,942, FILED 8-14-2008.

ELLEN B. AWRICH, EXAMINING ATTORNEY