# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KRUMMHOLZ INTERNATIONAL, INC. and SWISSDIGITAL USA CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WENGER S.A., <br><br> Defendant. | Docket No. 1:15-cv-86-WMS-HKS |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Opposition to Wenger S.A.'s Motion to Dismiss including Exhibits A and B was electronically filed on this September 18, 2015.  Notice of this filing will be sent to all parties and all counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

/s/ Frances H. Stephenson
Frances H. Stephenson