UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

WENGER, S.A.,

                Plaintiff,        15-cv-637-WMS

  -vs-

FUZHOU HUNTER PRODUCT IMPORT
AND EXPORT CO., LTD.; SWISSDIGITAL
USA CO., LTD.; KRUMMHOLZ
INTERNATIONAL INC.; SWISSGEAR
SARL; and ZHIJIAN "HUNTER" LI,

                Defendants.
-----------------------------------------------------------------

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a) & (c), hereby jointly voluntarily dismiss this action, including all claims, defenses and counterclaims, *with prejudice*. Each Party shall bear its own fees and costs incurred in this action.

**Dated this 28rd day of February, 2018.**

                                             Respectfully submitted,

**CONNORS LLP**
Counsel for Plaintiff
1000 Liberty Building
Buffalo, New York 14202
Tel: (716) 852-5533


By: /s/ James W. Grable, Jr.
      James W. Grable, Jr., Esq.
      Email: jwg@connorsllp.com

Joseph A. DeMaria, Esq.
**FOX ROTHSCHILD LLP**
Counsel for Plaintiff
One Biscayne Tower 2 S. Biscayne Blvd.
Suite 2750
Miami, Florida 33131
Tel : (305) 442-5441
Email : jdemaria@foxrothschild.com

David Ira Greenbaum, Esq.
**FOX ROTHSCHILD LLP**
Counsel for Plaintiff
222 Lakeview Avenue
Suite 700
West Palm Beach, Florida 33401
Tel : (561) 804-4423
Email : dgreenbaum@foxrothschild.com

Caroline A. Morgan, Esq.
**FOX ROTHSCHILD LLP**
Counsel for Plaintiff
100 Park Avenue
Suite 1500
New York, New York 10017
Tel : (212) 692-0940
Email : cmorgan@foxrothschild.com

**MEREDITH & KEYHANI, PLLC**
Counsel for Defendants
330 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (646) 536-5692


By: /s/ Darius Keyhani
  Darius Keyhani, Esq.
   Email: dkeyhani@meredithkeyhani.com